UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

Regina Bernice Crocheron,   Case No. 16-47940-MAR
                            Chapter 7
       Debtor.              Hon. Mark A. Randon
_____/

# EX PARTE ORDER APPROVING TRUSTEE'S
# EMPLOYMENT OF SPECIAL COUNSEL

This matter came before the Court on the Trustee's ex parte application to employ special counsel. The Court has reviewed the application and is satisfied that the same is in good order. The Court is otherwise fully advised in the premises.

IT IS ORDERED as follows:

A. The Trustee is authorized to employ the services of Klemanski & Associates, PC as special counsel on a one-third contingency fee basis under 11 U.S.C. § 328. The contingency fee will be calculated on the net recovery, after costs are paid.

B. All fees and expenses sought by Klemanski & Associates, PC are conditioned upon court approval.

.

**Signed on August 01, 2016**

                                        ___/s/ Mark A. Randon___
                                        **Mark A. Randon**
                                        **United States Bankruptcy Judge**