UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

**REGINA BERNICE CROCHERON**,

Debtor.

CHAPTER **13**
CASE NO. **16-47940-MAR**
JUDGE **MARK A. RANDON**

_____/

## ORDER AUTHORIZING CONTINUED EMPLOYMENT OF ATTORNEY IN NON-BANKRUPTCY LEGAL MATTER

This matter came on for hearing on debtor's application for authorization to continue employment of an attorney in a non-bankruptcy legal matter, filed in accordance with E. D. Mich. LBR 9014-1, the application having been served and a Notice and Opportunity having been provided in accordance with the Local Rule, and the requisite time for objections having passed, and based upon the records of the Court herein the Court determines that the relief requested is warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the debtor is authorized to continue employment of Klemanski & Associates, PC in connection with a non-bankruptcy legal matter in accordance with the retainer agreement;

**IT IS FURTHER ORDERED** that payment of legal fees and costs, if approved by this Court by separate application and order, may be made from any recovery in the legal action prior to distribution through the Chapter 13 Plan.

```
Signed on October 12, 2016
                              /s/ Mark A. Randon
                         Mark A. Randon
                                         United
States Bankruptcy Judge
```