**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION**

IN THE MATTER OF:  Case No.**: 16-47940-MAR**
  Chapter **13**
**Regina Bernice Crocheron**  Honorable **Mark A. Randon**

Debtor.

## ORDER APPROVING SETTLEMENT
## AND
## PAYMENT OF LEGAL FEES AND COSTS
## FROM
## "LAWSUIT SETTLEMENT" PROCEEDS

This matter came on for hearing upon a motion filed by the Debtor pursuant to L.B.R. 9014-1 (E.D.M.), all appropriate parties having been provided with notice of the pendency of the motion, no objections having been filed and a Certificate of No Response having been filed with the Court, and the Court having determined that the relief requested is warranted, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that Debtor's motion is granted.

**IT IS FURTHER ORDERED** that the settlement of "Crocheron v. Farm Bureau General Insurance Company of Michigan", (filed in Macomb County Circuit Court, having Case No. 16-1070-CK) in the amount of $18,500, is hereby approved;

**IT IS FURTHER ORDERED** that Attorney James C. Klemanski is awarded compensation in the amount of $6,166.66 in attorney fees, said compensation to come out of the "gross" settlement proceeds;

**IT IS FURTHER ORDERED** that costs are awarded in the total amount of $2,148.96 (Claim Consultants International in the amount of $1,850 and actual expenses in the amount of $298.96), said costs to come out of the "gross" settlement proceeds;

**IT IS FURTHER ORDERED** that the Debtor shall remit the net proceeds from the lawsuit settlement in the amount of $10,184.38 to the Chapter 13 Trustee unless otherwise ordered by the Court.

.
```
Signed on February 14, 2017
```
                                      /s/ Mark A. Randon
                                      **Mark A. Randon**
                                      **United States Bankruptcy Judge**

16-47940-mar   Doc 104   Filed 02/14/17   Entered 02/14/17 11:22:34   Page 1 of 1